UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVIDSON & ASSOCIATES, INC., <br> d/b/a BLIZZARD ENTERTAINMENT, <br> VIVENDI UNIVERSAL GAMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNET GATEWAY, INC., <br> TIM JUNG, ROSS COMBS, ROB CRITTENDEN, <br><br> Defendants. | No. 4:02-CV-498 CAS |

## JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein and the Consent Decree entered on March 18, 2004, and the Order of March 24, 2004,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiffs and against defendants on Count II of plaintiffs' second amended complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiffs and against defendants on Count VII of plaintiffs' second amended complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiffs and against defendants on Count II of defendants' counterclaim.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiffs and against defendants on Count IV of defendants' counterclaim.

**IT IS FURTHER ORDERED** that defendants, their officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all other persons in active concert or participation with any of them are permanently enjoined from: (1) violating the prohibitions on circumvention of copyright protection systems and trafficking in circumvention technology with respect to the Blizzard games: "StarCraft," "StarCraft: Brood War," "WarCraft II: Battle.net Edition,"

"Diablo," and "Diablo II: Lord of Destruction." and Battle.net and  (2) violating Blizzard's End User License Agreements or providing matchmaking services, or emulating communication protocols to enable provision of Internet gaming services for Blizzard games.

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>30th</u> day of September, 2004.