**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

RECEIVED

SEP 2 2 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 22, 2005

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. Tenth Street
St. Louis, MO  63102

Re:  04-3654   Davidson & Assoc. vs. Internet Gateway

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

paw

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
-------------------------------------------
cc:  Honorable Charles A. Shaw
     Carol Anne Been
     Michael Quinn Murphy
     Kirill Y. Abramov
     Stephen Howard Rovak
     Robert M. Galvin
     Paul S. Grewal
     Jason M. Schultz
     Cindy A. Cohn

Matthew Braunel
Mark Stephen Sableman
Matthew Schruers
Jonathan Band
Jennifer Marie Urban
Karen Tokarz
Peter Jaszi
Matthew J. Conigliaro
Andrew C. Greenberg
Frederic Hirsch
Chun T. Wright
Paul March Smith
Katherine A. Fallow
David Fagundes
Stanley Pierre-Louis
Curtis C. Calloway
Michael John Hickey
Michael R. Klipper
Christopher A. Mohr
Raymond T. Nimmer
Lorin Brennan
Joel Rothstein Wolfson

District Court/Agency Case Number(s):  4:02-CV-498 CAS

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 04-3654

| | |
|---|---|
| Davidson & Associates, doing business as Blizzard Entertainment, Inc.; Vivendi Universal, Inc., | * <br> * <br> * <br> * |
| Plaintiffs - Appellees, | * <br> * |
| v. | *   Appeal from the United States <br> *   District Court for the <br> *   Eastern District of Missouri. |
| Tim Jung, an individual; Rob Crittenden, | * <br> * <br> * |
| Defendants - Appellants, | * <br> * |
| Intellectual Property Law Professors, | * <br> * |
| Amicus Curiae, | * <br> * |
| Internet Gateway, | * <br> * |
| Defendants - Appellants, | * <br> * <br> * <br> * |
| Computer & Communications Industry Association; Open Source & Industry Alliance; Consumers Union; Public Knowledge; Intellectual Property Law Professors; The Institute of Electrical and Electronics Engineers, Inc., | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

```
Amici on Behalf of Appellants,*
                                 *
Entertainment Softward Association;*
Recording Industry Association   *
America; Motion Picture          *
Association of America, Inc.;    *
Data Tree, LLC; First American   *
Real Estate Solutions, LLC; Reed *
Elsevier, Inc. Twenty-Second     *
Centry Foundation, Inc.; Software *
Century Foundation, Inc., Software *
& Informatiion Industry          *
Association,                     *
                                 *
   Amici on Behalf of Appellees.*
```

## JUDGMENT

This appeal from the United States District Court was submitted on the   record of the district court, briefs of the parties and was argued by counsel.

After consideration, it  is  hereby  ordered and adjudged that the judgment of the district  court in this cause is affirmed in accordance with the opinion of this Court.

( 5172-010199)

September 1, 2005

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: *Michael E. Gans*